No. 07-16-00256-CV

| | | |
|---|---|---|
| Laurie Ray Hamlett<br>  Appellant | § | From the 40th District Court<br>  of Ellis County |
| | § | |
| v. | | October 24, 2016 |
| | § | |
| Commission for Lawyer Discipline<br>  Appellee | § | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated October 24, 2016, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 40th District Court of Ellis County, Texas, for further proceedings in accordance with this Court's opinion entered this day.

o O o